

**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

_____

ROBERT FRAZER
UNITED STATES ATTORNEY

*Frances Bajada*
*Assistant United States Attorney*

*970 Broad Street, Suite 700*
*Newark, New Jersey 07102*
*frances.bajada@usdoj.gov*

*main: (973) 645-2700*
*direct:(973) 297-2038*

May 8, 2026

**Via ECF**
Honorable Michael E. Farbiarz, U.S.D.J.
United States District Court
Frank Lautenberg Post Office & U.S. Courthouse
2 Federal Square
Newark, New Jersey 07102

**SO ORDERED**.

_____
Michael E. Farbiarz, U.S.D.J.
Date:   5/9/2026

> Re:   ***Tirado Carabali v. Soto, et al.***
> **Civil No. 26-4555 (MEF)**
> **Extension Request by Consent**

Dear Judge Farbiarz:

This Office represents the Respondents in the above habeas matter. We write to respectfully request a short extension of Respondents' deadline to respond to Petitioner's bond hearing challenge filed on May 6, 2026, ECF 11. We respectfully request that the Court extend our deadline from May 11, 2026, 9:00 a.m., to May 13, 2026, 5:00 p.m. This short extension will permit the Office to review the audio of the bond hearing and prepare a response, while handling other matters with deadlines. Stephanie Duque Isern, Esq., counsel for the Petitioner, consents to this request.

We thank the Court for its consideration of this matter.

Respectfully submitted,

ROBERT FRAZER
UNITED STATES ATTORNEY

By:   *s/Frances Bajada*
FRANCES BAJADA
Assistant United States Attorney
*Attorneys for Respondents*

cc:   Counsel of record (via ECF)